**DISMISS and Opinion Filed March 26, 2013**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01686-CV**

**KAMALA D. RAMOLIA AND ALL OCCUPANTS OF**
**227 ZACHARY WALK, MURPHY, TEXAS 75094, Appellants**
**V.**
**HSBC BANK USA, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-03053-2012**

**MEMORANDUM OPINION**

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

On March 19, 2013, the Court received a request from the County Clerk of Collin County for an extension of time to file the clerk's record. The Clerk informed the Court that the record had been prepared and would be filed when appellants paid the fee for its preparation.

On December 18, 2012, this Court notified appellants that the required $175 filing fee was past due. We instructed appellants to pay the fee within ten days and cautioned them that failure to do so would result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 42.3(c). As of today's date, appellants have not paid the filing fee.

Accordingly, we deny the motion for an extension of time to file the clerk's record. We dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

121686F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KAMALA D. RAMOLIA AND ALL
OCCUPANTS OF 227 ZACHARY WALK,
MURPHY, TEXAS 75094, Appellants

No. 05-12-01686-CV     V.

HSBC BANK USA, Appellee

On Appeal from the County Court at Law
No. 5, Collin County, Texas
Trial Court Cause No. 005-03053-2012.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee HSBC BANK USA recover its costs of this appeal from appellants KAMALA D. RAMOLIA AND ALL OCCUPANTS OF 227 ZACHARY WALK, MURPHY, TEXAS 75094.

Judgment entered March 26, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE